# EXHIBIT 3

ØŠÒÖ
Œ€Í ÂÙÒÚÁ̈́ÁŒ̈́Ú̈́T
SŒ ṌÔU Þ VŸ
ÙMÚÒŒJÜÁÔUWÜVÁÔŠÒÜS
ÒËŠÒÖ
ÔŒÙÒÁ̈ŒËŒÍ FI Ë́ÁSÞV

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| NGUYEN | No. 25-2-26514-5 KNT |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| CLEAR RECON CORP, WASHINGTON STATE CORPORATION, ET A. | (CICS) |

**CAUSE OF ACTION**

CPA - Consumer Protection Act

**AREA OF DESIGNATION**

KNT           All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.