**EXHIBIT 4**

ØŠÖÖ
Gɇǧ ÁÙÒÚÆFÆGɈHÁÚT
SŒÕÁÔUWÞVŸ
ÙWÚÒŒJÜÁÔUWÜVÁÔŠÒÙS
ÒËŽŠÖÖ
ÔŒÙÒÅKÆǧËǧǧÍFIËÁSÞV

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING

| | |
|---|---|
| HAT NGUYEN,<br><br>     Plaintiffs,<br><br>  v.<br><br>CLEAR RECON CORP., a Washington State corporation; SELECT PORTFOLIO SERVICING, INC., a Utah corporation; U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CABANA SERIES IV TRUST; JASPAL JAZZ SINGH, an individual; EASTSIDE FUNDING, LLC, a Washington limited liability company; and JOHN AND JANE DOES 1-10,<br><br>     Defendants. | Case No.:<br><br>**SUMMONS (20 DAYS)** |

  TO DEFENDANT CLEAR RECON CORP. A lawsuit has been started against you in the above-entitled court by Plaintiff Hat Nguyen. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

  In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what

1

SUMMONS TO CEAR RECON CORP          DEVLIN LAW FIRM
                                       1526 GILPIN AVENUE
                                       WILMINGTON, DE 19806
                                       TEL: (302) 449-9010

she or he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time. This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated this 11th day of September, 2025.

DEVLIN LAW FIRM LLC

*s/ Christina L. Henry*
Christina Henry, WSBA No. 31273
Attorney for Plaintiffs
6100 219th St SW
Ste 480, PMB 398
Mountlake Terrace, WA 98043-2222
Tel# 206-319-0077
chenry@devlinlawfirm.com
