**EXHIBIT 21**



**King County**
**Department of Judicial Administration**
*Catherine Cornwall*
*Director and Superior Court Clerk*
*(206) 296-9300   (206) 296-0100 TTY/TDD*

ØŠÒÖ
GǢǍĄÒÚÁFÌ
SŒÕÁÔUWÞVŸ
ÙWÚÒÜŒJÜÁÔUWÜVÁÔŠÒÜS

ÔŒÙÒÁKÁGǢGǏFIǏÁSÞV

09/18/2025                                                                                    **Faulty Document Notice**

Case Caption: <u>NGUYEN VS CLEAR RECON CORP ET AL</u>

Case No.: <u>25-2-26514-5 KNT</u>, Sub: <u>18</u>

In Re File Name:

Dear Filing Party:

Your document **Notice of Hearing** submitted to the Clerk on **09/16/2025** for filing into the official court record has been rejected. The Clerk's Office cannot process the document for the following reason(s):

**This document you filed is a proposed/unsigned order. These types of documents should not be filed with the Clerk. Orders will be filed with the Clerk once they are signed by the judicial officer. You can review Local Court Rule (LCR) 7(b)(5)(C), for additional information. You may also review King County Superior Courts website for information on procedures for the Criminal, Civil, Family Court, Ex Parte and Probate Departments. (ID #9)**

Please contact the Caseflow Section if you have questions or need additional information.

Sincerely,

Caseflow Kent

206-263-1682 | DJA.Caseflow@kingcounty.gov

To view this letter in Spanish, Chinese, Russian, Somali, Amharic or Vietnamese, please visit https://cdn.kingcounty.gov/-/media/king-county/depts/dja/cf-faulty/home

cc: Court File

*King County Courthouse*
516 Third Avenue Room E609
Seattle, WA  98104-2386

*Maleng Regional Justice Center*
401 Fourth Avenue North Room 2C
Kent, WA 98032-4429

*Clark Children & Family Justice Center*
1211 East Alder Room 3015
Seattle, WA  98122-5598

Faulty Document Notice (FAULTY)
Rev. 07/2023