**EXHIBIT 22**

# SUPERIOR COURT WASHINGTON, COUNTY OF KING

| | |
|---|---|
| Hat Nguyen,<br><br>    Plaintiff,<br><br>v.<br><br>Clear Recon Corp., a Washington State Corporation; Select Portfolio Servicing, Inc., a Utah Corporation; U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust; Jaspal Jazz Singh, An Individual; Eastside Funding, LLC, a Washington Limited Liability Company; and John and Jane Does 1-10,<br><br>    Defendants. | **CASE NO. 25-2-26514-5 KNT**<br><br>**AMENDED NOTICE OF COURT DATE**<br>**EX PARTE COMMISSIONERS- KENT**<br>(Clerk's Action Required) (NTMTDK) |

**To the Superior Court Clerk and all Parties:**
A court hearing has been scheduled for: <u> September 22, 2025</u> on the <u>1:30 pm</u> calendar.
The name of the motion is: <u>MOTION FOR ORDER SHORTENING TIME ON EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER.</u> The motion was filed on: <u>9/16/2025</u> by <u>Plaintiff Hat Nguyen.</u>

Email of party: <u>represented by Christina L. Henry, WSBA# 31273, chenry@devlinlawfirm.com.</u>

| | |
|---|---|
| ☐ **Unlawful Detainer/Motion to Vacate**<br> Monday - Thursday at 9:00 AM (Virtual) | ☐ **Civil Motions/Other**<br> Tuesday, Wednesday at 9:00 AM **(In-Person)**<br> **Tuesdays: Courtroom 3B**<br> **Wednesdays: Courtroom 1J** |
| ☐ **Probate/Guardianship/TEDRA**<br> Monday, Tuesday, Wednesday at 9:00 AM (Virtual)<br> Thursday at 9:00 AM **(In-Person) Courtroom 1J** | ☐ **Adoptions/Name Change/Motions**<br> Tuesday, Wednesday at 10:30 AM **(In-Person)**<br> **Tuesdays: Courtroom 3B**<br> **Wednesdays: Courtroom 1J** |
| ☐ **Minor Settlements**<br> Friday at 9:00 AM (Virtual) | |
| ☐ **Emergency Motion: Unlawful Detainer**<br> Monday – Friday at 3:00 PM (Virtual) | ☒ **Emergency Motions: All others**<br> 1:30 PM Monday – Friday |

| See page three for further instructions. | CONFIRMATION REQUIRED |
| --- | --- |
| ☐ **Motion for Reconsideration without Oral Argument** <br> Commissioner _____ <br> DKT. NO. _____ <br> Please refer to LCR 7(b)(6) and LCR 59 for important information regarding Motions for Reconsideration. | **See page three for further instructions.** <br> If Court Commissioner retains on this case, you are asking this matter to be heard concurrent to a related motion or cause number, or you wish to strike this hearing, please email scexparteorders@kingcounty.gov. |

**IMPORTANT: The Ex Parte motion hearings calendar has a limited number of spaces available. Prior to filing this notice, you must visit the Ex Parte Scheduling Website to reserve an available court date and schedule your motion. You must file this form along with the motion within 24 hours of reserving your hearing or your reservation may be cancelled.**

Sign: ___s/ Christina L. Henry, WSBA# 31273_____ Date: _____9/16/2025_____

Self-represented parties only: I want to receive documents from the other party at:
☐ the email address above **or** ☐ this address: _____.

The Court recommends that self-represented parties register for e-service to ensure receipt of filed documents.

Fill out a box below for each party who needs to be informed about this court date. Attach an additional page if needed. **You** must serve a copy of this form, with all motion documents, on all of these parties, and deliver a copy to the department hearing your case (Working Papers).

| | |
| --- | --- |
| Name ___Kimberly Hood_____ <br> WSBA#___42903__ Attorney for Defendant Clear Recon and US Bank Trust National Association, As Trustee of the Cabana Series IV Trust <br> Service Address: Aldridge Pite LLP, 9311 SE 36th St Ste 207 <br> City, State, Zip Mercer Island, WA 98040-3700 <br> Email Address: ___khood@aldridgepite.com_____ <br> Telephone #: (206) 707-9603 | Name_____Suneet Diwan_____ <br> WSBA#42532_____Attorney for: Jaspal Jazz Singh Service Address: 1900 South Puget Drive, Ste 203 <br> City, State, Zip___Renton, WA 98055_____ <br> Email Address: sunnydiwan@gmail.com_____ <br> Telephone #: (206) 494-0401_____ |

| |
|---|
| Name: Eastside Funding, LLC c/o Hugh Stewart |
| WSBA_____ Attorney for: _____ |
| Service Address: 3927 Lake Washington Blvd NE |
| City, State, Zip: Kirkland, WA 98033 |
| Email Address: hugh@eastsidefunding.com |
| Telephone #: (425) 445-7475 |

**You must pick an available date that is at least:**
- Nine (9) court days after filing for most civil matters (see LCR 7(b)), LCR40.1).
- Fourteen (14) calendar days after filing for most adoption, probate, minor settlement, and guardianship matters (see LCR(s) 93.04, 98.20, 98.14, 98.16, 98.20, 98.22).

**RESPONSE:** If you do not agree with the motion, you must file a response. Your response **must be in writing** and must be delivered no later than four (4) court days (not including court holidays) before the court date. The person who scheduled the court date can reply, in writing, to the response. The reply is due two (2) court days prior to the hearing.

---

**INSTRUCTIONS FOR SCHEDULING EMERGENCY MOTIONS**

**You must confirm emergency hearings by 11:00 AM the day of the scheduled hearing.** Except in the case of imminent harm, or if it is impracticable to do so, the moving party shall pick their hearing date, file this notice and any other required forms, and give the other party at least **two days' notice of his or her intent to seek immediate orders.** Such notice is required in all cases unless the moving party clearly shows by sworn declaration that **immediate and irreparable harm** will result if notice is given.

To schedule an emergency motion, file a notice of hearing, the motion, and supporting materials by 11:00 am the day of the requested hearing. **Your filed documents must be accessible in KCSCRIPT or the hearing will not be confirmed (it is recommended documents are e-filed into the court file to ensure they are available to view immediately).**

To confirm your hearing, send an email to SCEXPARTEORDERS@KINGCOUNTY.GOV . The email must include the following: 1) The date and time of hearing, 2) The case number and names of the parties, 3) Copies of all filed documents, and 4) Proposed order(s). If you do not have e-mail, you may be permitted to deliver documents in person.

**CONFIRMATION IS MANDATORY FOR HEARINGS TO GO FORWARD.**

---

*Only CONFIRMED Emergency Motions will be heard on this calendar.* **You must schedule this hearing, file the required documents, and confirm your hearing by 11:00 AM on the desired date.**

# Instructions for Appearing for Your Virtual Hearing

**Virtual Hearing Information**: https://kingcounty.zoom.us/j/95589486575

### Joining by Computer or Smartphone

Zoom hearings can be joined from the internet, the Zoom application ("App"), landline or mobile phone **(Instructions below),** and with a H.323 or SIP device.

You will need the Zoom Meeting ID number for the hearing. The Zoom Meeting ID for your calendar can be found on the first page of this Notice and on the court's website.

1. Go to https://zoom.us/
2. Once on the Zoom site and click the "Join a meeting" option, or use this link: **https://zoom.us/join**
3. Enter the Meeting ID and click "Join"

You can also download an application ("App") to your smartphone or device. To download the Zoom mobile application, visit the zoom website at **https://zoom.us/download**

4. Once you have joined, you will enter the virtual waiting room. Prior to the start of your hearing, the judicial officer or court employee will admit you into the virtual hearing. You might have to wait past the start of your hearing time. Please be patient.
5. If you know which courtroom your hearing is in you can self-select following the below instructions.
Click the **Breakout Rooms** option in your

   meeting controls.
   This will display the list of virtual courtrooms. Click **Join** next to the virtual courtroom you wish participant in, then confirm by clicking **Join** again.

### Join by telephone only if:

- You do not have a microphone or speaker on your PC/Mac,
- You do not have a smartphone (iOS or Android), or
- You cannot connect to a network for video and VoIP (computer audio)

### DO NOT RECORD ANY COURT HEARINGS

The Court keeps a record of all proceedings. Do not record any court proceedings. You can order copies of the hearing from the Court. If you would like to order a copy of the record of the proceeding, information can be found on the Court Clerk's Web: https://kingcounty.gov/courts/clerk/access-records/records.aspx

### To join by telephone:

If you are joining via telephone, call one of the telephone numbers listed in the box, then enter your calendar Zoom Meeting ID number. The Zoom Meeting ID for your calendar can be found on the first page of this Notice and on the court's website.

1. Call 253-215-8782 or visit www.zoom.us to find a local number.

2. Enter the assigned Zoom Meeting ID number found in section 3 followed by # symbol.
   - ***6** - Toggle mute/unmute
   - ***9** - Raise hand

### Considerations for Virtual Hearings:

Virtual hearings are just like attending court in person. Dress appropriately - Mute your microphone unless you are asked to speak - Follow judicial officer's stated rules or risk being removed from the hearing - You can only attend one virtual hearing at a time, please contact the court if you are scheduled to appear in multiple hearings