**EXHIBIT 23**

ŘŠÒÖ
Ǥǵ ÂÙÒÚÆJÆǤǤ ÁÚT
SǫǷÕÁÔUWÞVŸ
ÙWÚÒÜǪJÜÁÔUWÙVÁÔŠÒÙS
ÒËŽǪŠÒÖ
ÔǪÈÙÒÂǨǪǦǨǦÎÍFIËÍÁÞV

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR KING COUNTY

| | |
|---|---|
| Hat Nguyen,<br><br>       Plaintiff,<br><br>       v.<br><br>Clear Recon Corp., a Washington State Corporation; Select Portfolio Servicing, Inc., a Utah Corporation; U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust; Jaspal Jazz Singh, an Individual; Eastside Funding, LLC, a Washington Limited Liability Company; and John and Jane Does 1-10,<br><br>       Defendants. | No. 25-2-26514-5 KNT<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THE COURT AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Midori R. Sagara of Buchalter, A Professional Corporation, hereby appears to represent Select Portfolio Servicing, Inc. and U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-9.  This appearance is entered without waiver of any rights or defenses.  Copies of all further papers and proceedings herein, except original process, shall be served using the EFCSystem.

NOTICE OF APPEARANCE - 1

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

| | | |
|---|---|---|
| 1 | Dated: September 18, 2025 | BUCHALTER |
| 2 | | |
| 3 | | By: *s/Midori Sagara* |
| 4 | | Midori Sagara, WSBA #39626<br>msagara@buchalter.com |
| 5 | | 1420 Fifth Avenue, Suite 3100 |
| 6 | | Seattle, WA  98101-1337<br>Telephone: 206.319.7052 |

*Attorneys for Select Portfolio Servicing, Inc. and U.S. Bank N.A., successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2005-9*

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2025, I caused to be served a copy of the foregoing **Notice of Appearance** on the following person in the manner indicated below at the following address(es):

| | |
|---|---|
| ***Counsel for Plaintiffs***<br>Christina Henry, WSBA #31273<br>Devlin Law Firm LLC<br>6100 219th St. SW<br>Ste. 480, PMB 398<br>Mountlake Terrace, WA 98043-222<br>chenry@devlinlawfirm.com<br>PH: 206-319-0077 | ☒ U.S. Mail<br>☐ Hand Delivery<br>☐ E-Service<br>☒ E-mail<br>☒ ECF |
| ***Counsel for Defendant Clear Recon Corp***<br>Kimberly Hood, WSBA #42903<br>Aldridge Pite, LLP<br>9311 SE 36th Street, Ste. 207<br>Mercer Island, WA 98040<br>kood@aldridgepite.com<br>PH: 858-750-7600<br>FX: 619-590-1385 | ☒ U.S. Mail<br>☐ Hand Delivery<br>☐ E-Service<br>☒ E-mail<br>☒ ECF |

By: *s/Cynthia Daniel*
Cynthia Daniel Legal Assistant
Cdaniel@buchalter.com

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052