UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAT NGUYEN,<br><br>                Plaintiff(s),<br>   v.<br><br>CLEAR RECON CORP, et al.,<br><br>                Defendant(s). | CASE NO. C25-1823-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE |

Before the Court is the parties' stipulated motion to extend the briefing schedule (Dkt. No. 29) on Plaintiff's motion for a temporary restraining order ("TRO") (Dkt. No. 13). Because the parties note good cause for, and Plaintiff agrees to, an extension of time for Defendants to file their responses through September 29, 2025, at 5 p.m. PT, the Court GRANTS the motion for continued briefing. *See* Dkt. No. 29 at 3. Accordingly, the Court ORDERS that:

- Defendants shall respond to Plaintiff's motion for TRO by September 29, 2025, at 5 p.m. PT.

- Plaintiff shall file her reply, if any, by September 30, 2025, at 5 p.m. PT.

Dated this 26th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE - 1