UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAT NGUYEN,<br><br>　　　　　Plaintiff(s),<br>　　v.<br><br>CLEAR RECON CORP., et al.,<br><br>　　　　　Defendant(s). | CASE NO. C25-1823-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

Plaintiff has obtained Defendants' written consent to file a second amended complaint and provided notice to the Court via a stipulated motion (Dkt. No. 39) pursuant to Local Rules W.D. Wash. LCR 15(b) and Federal Rule of Civil Procedure 15(a)(2). Because Defendants consent to Plaintiff filing the proposed second amended complaint (Dkt. No. 39-1), the Court grants the parties' stipulated motion. Plaintiff shall file her second amended complaint by October 2, 2025.

Dated this 1st day of October, 2025.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1