HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| Hat Nguyen,<br><br>        Plaintiff,<br><br>      v.<br><br>Clear Recon Corp., a Washington State Corporation; Select Portfolio Servicing, Inc., a Utah Corporation; U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust; Jaspal Jazz Singh, an Individual; Eastside Funding, LLC, a Washington Limited Liability Company; and John and Jane Does 1-10,<br><br>        Defendants. | No. 2:25-cv-01823-KKE<br><br>SECOND DECLARATION OF TAMMY LAIRD IN SUPPORT OF DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND U.S. BANK, N.A. AS TRUSTEE'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>Noted for hearing on September 24, 2025 |

I, Tammy Laird, declare as follows:

1.     I am the President of Clear Recon Corp. ("Clear Recon"), one of the Defendants named in the above-captioned action.

2.     I am over the age of majority and competent to testify. I make this declaration based on my knowledge, on information where indicated, and on the files and records maintained by Clear Recon in the ordinary course of business.

3.     My second declaration is to correct when I cleared the sale of the subject property to proceed on the morning of August 15, 2025 and when the Trustee's Sale was

BUCHALTER<br>1420 FIFTH AVENUE, SUITE 3100<br>SEATTLE, WA 98101-1337<br>TELEPHONE: 206.319.7052

completed.

4.      Upon further review of Clear Recon's records, on the morning of August 15, 2025, I cleared the sale of the property to proceed at 10:24 a.m. MT/9:24 a.m. PST.

5.      In my September 29, 2025 declaration, I inadvertently stated that 10:24 a.m. PST was the time of the Trustee's Sale.

6.      After Clear Recon advised Ms. Tran at 9:52 a.m. PST that it would proceed with the Trustee's Sale, the Trustee's Sale was completed at 10:46 a.m. PST. Attached as **Exhibit A** is a true and correct copy of the Sale results in this matter, which indicate that the Sale occurred at 10:46 a.m. PST.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 1st day of October, 2025, at Rupert, Idaho.

_____
Tammy Laird

SECOND DECLARATION OF TAMMY LAIRD IN SUPPORT OF
DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND U.S.
BANK, N.A. AS TRUSTEE'S OPPOSITION TO PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER - 2

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

# EXHIBIT A

Receipt of Funds for Trustee Sale (For STOX)

Make cashiers checks payable to OR endorsed to Clear Recon Corp. Auctioneer **Exact Time of Sale:** 10:46am  on 8-15-2025
is to confirm**

| State: WA | Trustee: Clear Recon Corp |
|---|---|
| County: King | Client #: 119659-WA |
| STOX #: 951344 | |

| | Check No. | Bank / S & L / C.U. Name | Amount |
|---|---|---|---|
| 1) | | umpqua Bank | 10,000.00 |
| 2) | | " " | 10,000.00 |
| 3) | | " " | 100,000.00 |
| 4) | | " " | 200,000.00 |
| 5) | | " " | 200,000.00 |
| 6) | | | 10,000.00 |

| | | |
|---|---|---|
| Total Received | ~~570,000.00~~ | 520,000.00 |
| Total Required (Amount of Final Bid) | 510,500.00 | |
| Remaining Amount Due | 510,500.00 | |
| Refund | ~~19,500.00~~ | 9,500.00 |

| Notes: | Auctioneers Signature: |
|---|---|
| Auctioneer: Gary's Process | Purchaser Phone Number: ▮▮▮▮ |
| Purchaser Name: Suneet Diwan | VESTING: Mitch Homes LLc and Eastside |
| MAKE REFUND PAYABLE TO: Eastside Funding, LLc | Funding, LLc for Security Purposes only |
| | Mailing Address (if different from refund): |
| Mailing Address (NOT PO BOX): | |
| 3927 Lake Washington BLVD NE | |
| Kirkland WA 98033 | Purchasers Signature: |
| Purchasers Printed Name: Suneet Diwan | |
| Email: reports@Eastsidefunding.com | |

Scanned with
CS CamScanner

**STOX# 951344**
**TS# 119659-WA**

Sales Agent: Name and Number:

| Bidder #1 | Bidder #2 | Bidder #3 | Bidder #4 | Bidder #5 |
|---|---|---|---|---|
| Name Meeth | Name Stewart | Name Sunee | Name Leon | Name Ronny |
| Phone# ▓ | Phone# ▓ | Phone# ▓ | Phone# ▓ | Phone# ▓ |
| Qualified$ | Qualified$ | Qualified$ | Qualified$ | Qualified$ |
| 481000 | | 498499 | 496000 | 470000 |
| 487000 | | 487800 | 488000 | |
| 487000 | | 486500 | 491000 | |
| 491000 | | 490000 | 492000 | |
| 505000 | | 491500 | 493000 | |
| 507200 | | 492500 | 495000 | |
| 509000 | | 493100 | 500000 | |
| 510000 | | 495100 | 507000 | |
| | | 497000 | 507500 | |
| | | 501000 | | |
| | | 506000 | | |
| | | 507100 | | |
| | | 507300 | | |
| | | 507600 | | |
| | | 509100 | | |
| | | 510500 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Scanned with CamScanner

| STOX# 951344 TS# 119659-WA | | | Sales Agent: Name and Number: | |
|---|---|---|---|---|
| Bidder # | Bidder # | Bidder # | Bidder # | Bidder # |
| Name | Name | Name | Name | Name |
| Phone# | Phone# | Phone# | Phone# | Phone# |
| Qualified$ | Qualified$ | Qualified$ | Qualified$ | Qualified$ |
| 46000 | | | | |
| 482886 | | | | |
| 484001 | | | | |
| 48000 | | | | |
| 496999 | | | | |
| 486888 | | | | |
| 489000 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Scanned with CamScanner

## Cashier's Check

**Notice to customer**
As a condition to this institution's issuance of this check, purchaser agrees to provide an indemnity bond prior to the refund or placement of this check in the event it is lost, misplaced, or stolen.

96-505/1232

Eastside Funding LLC

Remitter

August 14 2025

Date

Pay to the order of    James Melgard or Tammy Yao••••••••••••••••••••••••••••••••••••••••••••••••••

$100,000.00

One Hundred Thousand and 00/100ths Dollars

Memo

**UMPQUA BANK**

(866) 486-7782

---

## Cashier's Check

**Notice to customer**
As a condition to this institution's issuance of this check, purchaser agrees to provide an indemnity bond prior to the refund or replacement of this check in the event it is lost, misplaced, or stolen.

96-505/1232

Eastside Funding LLC

Remitter

August 15 2025

Date

Pay to the order of    JAMES R MELGARD••••••••••••••••••••••••••••••••••••••••••••••••

$200,000.00

Two Hundred Thousand and 00/100ths Dollars

Memo

**UMPQUA BANK**

(866) 486-7782

---

## Cashier's Check

**Notice to customer**
As a condition to this institution's issuance of this check, purchaser agrees to provide an indemnity bond prior to the refund or replacement of this check in the event it is lost, misplaced, or stolen.

96-505/1232

Eastside Funding LLC

Remitter

August 15 2025

Date

Pay to the order of    James R Melgard••••••••••••••••••••••••••••••••••••••••••••••••••••••

$200,000.00

Two Hundred Thousand and 00/100ths Dollars

Memo

**UMPQUA BANK**

(866) 486-7782

Scanned with
CS CamScanner



**Notice to customer**
As a condition to this institution's issuance of this check, purchaser agrees to provide an indemnity bond prior to the refund or placement of this check in the event it is lost, misplaced, or stolen.

## Cashier's Check

96-505/1232

Eastside Funding LLC

August 14 2025

Remitter                                                                 Date

Pay to the order of    James Melgard or Tammy Yao**************************************************    $10,000.00

Ten Thousand  and 00/100ths Dollars

Memo

**UMPQUA BANK**

(866) 486-7782

**Notice to customer**
As a condition to this institution's issuance of this check, purchaser agrees to provide an indemnity bond prior to the refund or placement of this check in the event it is lost, misplaced, or stolen.

## Cashier's Check

96-505/1232

Eastside Funding LLC

August 14 2025

Remitter                                                                 Date

Pay to the order of    James Melgard or Tammy Yao**************************************************    $10,000.00

Ten Thousand  and 00/100ths Dollars

Memo

**UMPQUA BANK**

(866) 486-7782

Scanned with CamScanner



ENDORSE HERE **Pay to the order of**  CLEAR

X _____                                    MP

RECON CORP

TAMMY YAO

☐ CHECK HERE IF MOBILE OR REMOTE DEPOSIT

AT_____
(FINANCIAL INSTITUTION NAME)

ENDORSE HERE **Pay to the order of**  CLEAR

X _____                                    MP

RECON CORP

TAMMY YAO

☐ CHECK HERE IF MOBILE OR REMOTE DEPOSIT

AT_____
(FINANCIAL INSTITUTION NAME)

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

Chemical Wash
Detection Box

COLOR INSIDE THIS BOX
SHOULD BE WHITE

REPLICATING, FORGING OR ALTERING THIS HIGH SECURITY
CHECK IS EXTREMELY DIFFICULT DUE TO THESE FEATURES

| SECURITY FEATURES | DO NOT CASH IF: |
|---|---|
| True Watermark Paper | • A distinctive pattern is not visible in the paper when held to light |
| Chemically Sensitive Paper | • Stains or colored spots appear on front or back |
| Heat Sensitive Ink | • Pink Icon does not fade and reappear when warmed with finger or breath |
| Chemical Wash Detection Box | • Stains or discoloration appear in this area |
| Fugitive Ink on Back | • Ink on back looks pink or has disappeared |
| Toner Adhesion | • Printed information appears tampered with |
| Visible Fibers | • Red and blue fibers are not visible |
| Invisible Fibers | • White and blue fibers are not visible under ultraviolet light |
| VOID Indication | • "VOID" appears in this box |
| Security Weave™ on Backer | • "ORIGINAL DOCUMENT" does not appear on back |

Security features listed and utilized exceed industry standards.
™ TruReca design is a certification mark of Check Payment Systems Association.

MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device.

REPLICATING, FORGING OR ALTERING THIS HIGH SECURITY
CHECK IS EXTREMELY DIFFICULT DUE TO THESE FEATURES

| SECURITY FEATURES | DO NOT CASH IF: |
|---|---|
| True Watermark Paper | • A distinctive pattern is not visible in the paper when held to light |
| Chemically Sensitive Paper | • Stains or colored spots appear on front or back |
| Heat Sensitive Ink | • Pink Icon does not fade and reappear when warmed with finger or breath |
| Chemical Wash Detection Box | • Stains or discoloration appear in this area |
| Fugitive Ink on Back | • Ink on back looks pink or has disappeared |
| Toner Adhesion | • Printed information appears tampered with |
| Visible Fibers | • Red and blue fibers are not visible |
| Invisible Fibers | • White and blue fibers are not visible under ultraviolet light |
| VOID Indication | • "VOID" appears in this box |
| Security Weave™ on Backer | • "ORIGINAL DOCUMENT" does not appear on back |

Security features listed and utilized exceed industry standards.
™ TruReca design is a certification mark of Check Payment Systems Association.

MobileMark™ Mobile Deposit check mark to indicate check has been deposited via mobile device.


Scanned with
CamScanner

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I caused to be served a copy of the foregoing SECOND DECLARATION OF TAMMY LAIRD IN SUPPORT OF DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND U.S. BANK, N.A. AS TRUSTEE'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER on the following person in the manner indicated below at the following address(es):

*Counsel for Plaintiffs*
Christina Henry, WSBA #31273
Devlin Law Firm LLC
6100 219th St. SW
Ste. 480, PMB 398
Mountlake Terrace, WA 98043-222
chenry@devlinlawfirm.com
PH: 206-319-0077

☐ U.S. Mail
☐ Hand Delivery
☐ E-Service
☑ E-mail
☑ ECF

*Counsel for Defendant Clear Recon Corp*
Kimberly Hood, WSBA #42903
Aldridge Pite, LLP
9311 SE 36th Street, Ste. 207
Mercer Island, WA 98040
kood@aldridgepite.com
PH: 858-750-7600
FX: 619-590-1385

☐ U.S. Mail
☐ Hand Delivery
☐ E-Service
☑ E-mail
☑ ECF

*Counsel for Defendant Jaspal Jazz Singh*
Seth S. Goodstein, WSBA #45091
ROI Law Firm PLLC
1302 N I Street, Ste. C
Tacoma, WA 98403
sethg@roilawfirm.com
PH: 253-753-1530
FX: 253-753-1532

☐ U.S. Mail
☐ Hand Delivery
☐ E-Service
☑ E-mail
☑ ECF

SECOND DECLARATION OF TAMMY LAIRD IN SUPPORT OF DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND U.S. BANK, N.A. AS TRUSTEE'S OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER - 3

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

1

***Counsel for Defendant Eastside Funding, LLC***
Samuel M. Meyler, WSBA #39471

2

Reed Longyear Malnat Corwin & Burnett PLLC
801 Second Avenue, Ste. 1415

3

Seattle, WA  98104
smeyler@reedlongyearlaw.com

4

PH: 206-624-6271
FX: 206-624-6672

☐ U.S. Mail
☐ Hand Delivery
☐ E-Service
☑ E-mail
☑ ECF

5

6

7

8

By:  */s/ Elizabeth Hernandez*

9

Elizabeth Hernandez Legal Assistant
ehernandez@buchalter.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SECOND DECLARATION OF TAMMY LAIRD IN SUPPORT OF
DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND U.S.
BANK, N.A. AS TRUSTEE'S OPPOSITION TO PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER - 4

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
Telephone: 206.319.7052