

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



# FILED

OCT 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:          25-6588
Originating Case Number:   2:25-cv-01823-KKE

Short Title:                Nguyen v. U.S. Bank National Association, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:        25-6588
Originating Case Number:  2:25-cv-01823-KKE

Case Title:               Nguyen v. U.S. Bank National Association, et al.

**Monday, October 27, 2025**
Hat Nguyen                       Mediation Questionnaire due

**Monday, November 17, 2025**
Hat Nguyen                       Preliminary Injunction Opening
Brief Due

**Monday, December 15, 2025**
U.S. Bank National Association    Preliminary Injunction Answering
Brief Due

Clear Recon Corp.              Preliminary Injunction Answering
Brief Due

Select Portfolio Servicing, Inc.    Preliminary Injunction Answering
Brief Due

Jaspal Jazz Singh              Preliminary Injunction Answering
Brief Due

Eastside Funding, LLC         Preliminary Injunction Answering
Brief Due

John and Jane Does            Preliminary Injunction Answering
Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**